# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**UNITED STATES OF AMERICA**

**-vs-**            Case No. 6:06-cr-187-Orl-31JGG

**CHARLES CLARENCE BROOKS**
**EDDIE JERALD BROOKS**

_____

## PRELIMINARY ORDER OF FORFEITURE

The United States of America has filed a Motion for Issuance of a Preliminary Order of Forfeiture (Doc. 127) as to the defendants Charles Clarence Brooks' and Eddie Jerald Brooks' right, title, and interest in 1085 Mathers Street, Melbourne, Florida, more particularly described as: Lots Three, Four, Five according to the Plat of Booker T. Washington Park, First Addition, as recorded in Plat Book Nine at Page 79, Public Records of Brevard County, Florida, Parcel ID 27-37-16-27-00000.0-0003.00. Upon consideration thereof, it is **ORDERED** that said Motion is GRANTED, and that:

1. By virtue of the Verdict of Forfeiture, the United States is now entitled to possession of the above-listed asset pursuant to 21 U.S.C. § 853 and Rule 32.2 of the Federal Rules of Criminal Procedure; and that all right, title and interest of defendants, Charles Clarence Brooks and Eddie Jerald Brooks in the above-listed property are hereby forfeited to the United States for disposition in accordance with the law, subject to the provisions of 21 U.S.C. § 853.

2. That any person, other than Charles Clarence Brooks and Eddie Jerald Brooks who has or claims any right, title or interest in the above-described asset must file a petition with the Clerk of

the United States District Court, Orlando Division, 300 Federal Building, 80 North Hughey Avenue, Orlando, Florida 32801, within thirty (30) days of the final publication of notice or of receipt of actual notice, whichever is earlier.

3. That the notice shall state that the petition shall be for a hearing to adjudicate the validity of the petitioner's alleged interest in the above-described asset, that the petition shall be signed by the petitioner under penalty of perjury, and shall set forth the nature and extent of the petitioner's right, title or interest in the forfeited asset, and any additional facts surrounding the petitioner's claim and the relief sought.

4. That the United States may also, to the extent practicable, provide direct written notice to any person known to have alleged an interest in the above-described asset, that is the subject of this Preliminary Order of Forfeiture, as a substitute for published notice as to those persons so notified.

5. That upon adjudication of all third-party interests in the above-described asset, this Court will enter a Final Order of Forfeiture pursuant to 21 U.S.C. § 853, in which all interests will be addressed.

**DONE** and **ORDERED** in Chambers in Orlando, Florida on February 20, 2007.

Copies furnished to:

United States Marshal
United States Attorney
United States Probation Office
United States Pretrial Services Office
Counsel for Defendant
CHARLES CLARENCE BROOKS
EDDIE JERALD BROOKS

GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE