# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

**UNITED STATES OF AMERICA**

**-vs-**  Case No. 6:06-cr-187-Orl-31JGG

**CHARLES CLARENCE BROOKS**
**EDDIE JERALD BROOKS**
_____

## ORDER

Charles Brooks and Eddie Brooks have each filed consolidated Motions for New Trial and Judgment of Acquittal (Docs. 125 and 126, respectively). The government filed Responses at Docs. 131 and 132. Upon consideration of the above, the Court concludes that said Motions must be denied. There is ample evidence to sustain the jury's verdict, when the evidence is viewed in the light most favorable to the government. *See United States v. Williams*, 144 F. 3d 1397 (11th Cir. 1998). Nor is a new trial warranted, as there has been no miscarriage of justice here. The evidence concerning the prior search of the Mathers Street residence was proper rebuttal of Eddie Brooks' testimony. Furthermore, since the jury acquitted Defendants of the weapons charges, this evidence was clearly not prejudicial. Accordingly, it is

**ORDERED** that Defendants' Motions are DENIED.

**DONE** and **ORDERED** in Chambers in Orlando, Florida on February 20, 2007.

Copies furnished to:

United States Marshal
United States Attorney
United States Probation Office
United States Pretrial Services Office

GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Counsel for Defendant
CHARLES CLARENCE BROOKS
EDDIE JERALD BROOKS